**Dwight HANZY, Petitioner—Appellant,**

v.

**James M. SCHOMIG, Warden, Respondent—Appellee.**

No. 05–15069.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Dwight Hanzy, Carson City, NV, pro se.

Jason M. Frierson, Esq., Las Vegas, NV, for Respondent-Appellee.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Nevada state prisoner Dwight Hanzy appeals *pro se* from the district court's

denial of his 28 U.S.C. § 2254 habeas corpus petition challenging his conviction by guilty plea for burglary, grand larceny, and possession of stolen property. We have jurisdiction pursuant to 28 U.S.C. § 2253.

Hanzy contends that his guilty plea was not knowing or voluntary because he was not competent and because his counsel was ineffective. Based on our review of the record, we conclude that the state court's decision—i.e., that there was no reasonable doubt as to Hanzy's competency and that his counsel was not ineffective—was not contrary to or an unreasonable application of clearly established federal law and was not based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings. *See* 28 U.S.C. § 2254(d); *Early v. Packer,* 537 U.S. 3, 7, 123 S.Ct. 362, 154 L.Ed.2d 263 (2002).

**AFFIRMED.**

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Scott Edward WHITNEY, Defendant— Appellant.**

No. 05–10236.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Thomas S. Dougherty, Esq., USLV-Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Chad A. Bowers, Esq., Law Offices of Chad A. Bowers, Ltd., Las Vegas, NV, for Defendant–Appellant.

Before FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

### MEMORANDUM **

Scott Edward Whitney appeals from his guilty-plea conviction and 63–month sentence imposed for possession of unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Whitney has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Whitney has not filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Whitney knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182

(9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED,** and the appeal is **DISMISSED.**

**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan Salvador VASQUEZ–GAMBOA,**
**Defendant—Appellant.**

**No. 05–10235.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the